MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5084
  Fax: (408) 535-5066
  E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING DATE |
| ZOSI AMBROSIO, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, August 29, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, November 14, 2013 at 10:00 a.m.

It is so stipulated.

Dated: August 16, 2013                                     _____/s/_____
                                                                                JOHN N. GLANG
                                                                                Assistant United States Attorney
                                                                                Northern District of California

1  It is so stipulated:

2  Dated: August 16, 2013                              _____/s/_____
                                                        THOMAS J. FERRITO
3                                                       Attorney for Zosi Ambrosio

4
                                    ORDER
5
    Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, August 29, 2013 at 10:00 a.m. and rescheduled for Thursday,
8
   November 14, 2013 at 10:00 a.m.
9

10

11 It is so ORDERED:
   Dated: Ì ÜÖÝ ÜFH                                    _____
12
                                                        D. LOWELL JENSEN
13                                                      United States District Judge
                                                        Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**                    2