1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95115
       Telephone:  (408) 535-5084
7      Fax:  (408) 535-5066
       E-mail:  john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   CASE NO. 11-00090-DLJ
                                        )
15         Plaintiff,                   )   STIPULATION AND [] ORDER
                                        )   CONTINUING SENTENCING HEARING DATE
16     v.                               )
                                        )
17  ZOSI AMBROSIO,                      )
                                        )
18         Defendant.                   )
                                        )
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, November 14, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, February 13,

23  2014 at 10:00 a.m.

24  It is so stipulated.

25

26  Dated:  October 15, 2013                            /s/
                                                 JOHN N. GLANG
27                                               Assistant United States Attorney
                                                 Northern District of California
28
   STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                        1

1   It is so stipulated:

2   Dated:   October 15, 2013

/s/
THOMAS J. FERRITO
Attorney for Zosi Ambrosio

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, November 14, 2013 at 10:00 a.m. and rescheduled for Thursday, February 13, 2014 at 10:00 a.m.

It is so ORDERED:

Dated: _____

D. LOWELL JENSEN
United States District Judge
Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2