1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5084
7      Fax:  (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )  CASE NO. 11-00090-DLJ
                                     )
15       Plaintiff,                  )  STIPULATION AND [] ORDER CONTINUING
                                     )  SENTENCING HEARING DATE
16       v.                          )
                                     )
17  ZOSI AMBROSIO,                   )
                                     )
18       Defendant.                  )
                                     )
19

20     IT IS HEREBY STIPULATED between the parties, and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, February 13, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, April 24, 2014

23  at 10:00 a.m.

24  It is so stipulated.

25

26  Dated: January 27, 2014              _____/s/_____
                                          JOHN N. GLANG
27                                        Assistant United States Attorney
                                          Northern District of California
28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                1

1  It is so stipulated:

2  Dated:  January 27, 2014                    _____/s/_____
                                               THOMAS J. FERRITO
3                                              Attorney for Zosi Ambrosio

4

5                                          ORDER

6      Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8  Thursday, February 13, 2014 at 10:00 a.m. and rescheduled for Thursday, April 24, 2014 at 10:00 a.m.

9

10 It is so ORDERED:

11

12 Dated: _____             _____
                                       D. LOWELL JENSEN
13                                     United States District Judge
                                       Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2