1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5084
7      Fax:  (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )  CASE NO. 11-00090-DLJ
                                       )
15          Plaintiff,                 )  STIPULATION AND [] ORDER
                                       )  CONTINUING SENTENCING HEARING DATE
16      v.                             )
                                       )
17  ZOSI AMBROSIO,                     )
                                       )
18          Defendant.                 )
                                       )
19

20       IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, April 24, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, June 5, 2014 at

23  10:00 a.m.

24  It is so stipulated.

25

26  Dated:  March 31, 2014                    _____/s/_____
                                              JOHN N. GLANG
27                                            Assistant United States Attorney
                                              Northern District of California
28

    STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                     1

1  It is so stipulated:

2  Dated:  March 31, 2014                         _____/s/_____
                                                  THOMAS J. FERRITO
3                                                 Attorney for Zosi Ambrosio

4

5                                    ORDER

6  Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8  Thursday, April 24, 2014 at 10:00 a.m. and rescheduled for Thursday, June 5, 2014 at 10:00 a.m.

9

10 It is so ORDERED:

11

12 Dated: _____              _____
                                           D. LOWELL JENSEN
13                                         United States District Judge
                                           Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

2