1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5084
7      Fax:  (408) 535-5066
       E-mail:  john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,         ) CASE NO. 11-00090-DLJ
                                       )
15 |     Plaintiff,                    ) STIPULATION AND [] ORDER
                                       ) CONTINUING SENTENCING HEARING DATE
16 |     v.                            )
                                       )
17 | ZOSI AMBROSIO,                    )
                                       )
18 |     Defendant.                    )
   |_____)
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21 ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22 Thursday, September 25, 2014 at 10:00 a.m., be continued and rescheduled for Tuesday, October 28

23 2014 at 11:00 a.m.

24 It is so stipulated.

25

26 Dated: September 11, 2014                    _____/s/_____
                                                JOHN N. GLANG
27                                              Assistant United States Attorney
                                                Northern District of California
28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                      1

1  It is so stipulated:

2  Dated:  September 11, 2014              _____/s/_____
                                            THOMAS J. FERRITO
3                                           Attorney for Zosi Ambrosio

4

5                                    ORDER

6      Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8  Thursday, September 25, 2014 at 10:00 a.m. and rescheduled for Tuesday, October 28, 2014 at 11:00

9  a.m.

10

11 It is so ORDERED:

12

13 Dated:  _____              _____
                                            D. LOWELL JENSEN
14                                          United States District Judge
                                            Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2